UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 10-1200-JST (MLGx)                                   Date: May 4, 2011
Title: WECOSIGN, INC. v. IFG HOLDINGS, INC., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE FOR FAILURE TO FILE A MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

On November 10, 2010, the Court issued an Order on Court Trial that ordered the parties to file a Memorandum of Contentions of Fact and Law no later than twenty-one (21) days before the Final Pretrial Conference. (Order on Court Trial, Doc. 34.) To date, the Court has not received a Memorandum of Contentions of Fact and Law from any party.

Accordingly, the Court orders all counsel to show cause why the Court should not dismiss this matter, enter default, and/or impose sanctions for counsel's failure to timely file the referenced trial document. No later than **May 6, 2011 at 12:00 p.m.**, counsel shall file the document and a separate written response explaining their disregard of the Court's Order on Court Trial.

Initials of Preparer:  enm