| | |
|---|---|
| 1 | John W. Holcomb (Bar No. 172121) |
|   | jholcomb@kmob.com |
| 2 | Nicholas M. Zovko (Bar No. 238248) |
|   | nicholas.zovko@kmob.com |
| 3 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
|   | 3403 Tenth Street, Suite 700 |
| 4 | Riverside, CA  92501 |
|   | Telephone:  951-781-9231 |
| 5 | Facsimile:  949-760-9502 |
| 6 | Attorneys for Plaintiff WECOSIGN, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| WECOSIGN, INC., a California corporation, | Case No. 8:10-CV-1200 JST (MLGx) |
| Plaintiff, | **NOTICE OF PLAINTIFF WECOSIGN, INC. IN RESPONSE TO "ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT"** |
| v. | |
| IFG HOLDINGS, INC., a Nevada corporation d/b/a IFG DIRECT, LLC; INSCORE FUNDING GROUP; and WE COSIGN USA; ASSOCIATED CONCENTS GROUP LLC, an entity of unknown form and organization; MICHAEL ADAMS, an individual a/k/a M. MICHAEL ADAMS; MARVIN MICHAEL ADAMS; M. MICHAEL ADAMS, SR.; and MARVIN ADAMS; TED WILLIAMS, an individual a/k/a TERRY WHITE and TONY WILLIAMS; MARK AVILA, an individual; STAN JONES an individual a/k/a SAM JONES; ROBERT MILLER an individual; and TARA WALKER, an individual; | Hon. Josephine Staton Tucker |
| Defendants. | |

**TO THE COURT AND TO ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE THAT Plaintiff WECOSIGN, INC. ("Plaintiff") makes the following submission in response to the "Order Granting in Part and Denying in Part Plaintiff's Motion for Default Judgment" (the "Default Judgment Order") that the Court entered on January 23, 2012 [Dkt. No. 94].

In the Default Judgment Order, the Court invited Plaintiff "to submit further evidence of the basis for its 'lost profits' damages." (Default J. Order at 17:19-20.) The Court also noted that Plaintiff is entitled to submit a Bill of Costs and a Notice of Application to the Clerk to Tax Costs, in accordance with L.R. 54-3. (*Id.* at 19:16-18.) Plaintiff makes this brief submission to advise the Court and all parties in interest as follows:

(1) Plaintiff wishes to submit to the Court's analysis of Plaintiff's lost profits, as set forth in the Default Judgment Order;

(2) Plaintiff respectfully declines the Court's invitation to submit further evidence on Plaintiff's "lost profits" damages;

(3) Plaintiff respectfully waives its right to submit a Bill of Costs and a Notice of Application to the Clerk to Tax Costs; and

(4) Plaintiff respectfully requests that the Court enter a Final Judgment in accordance with its Default Judgment Order.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 13, 2012     By: /s/ *John W. Holcomb*
　　　　　　　　　　　　　　　　　John W. Holcomb
　　　　　　　　　　　　　　　　　Nicholas M. Zovko
　　　　　　　　　　　　　Attorneys for Plaintiff WECOSIGN, INC.

12752912_1
021312

-1-