JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| WECOSIGN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> IFG HOLDINGS, INC., ASSOCIATED CONCENTS GROUP LLC, MICHAEL ADAMS, TED WILLIAMS, MARK AVILA, STAN JONES, ROBERT MILLER, AND TARA WALKER, <br><br> Defendants. | CASE NO. 8:10-CV-1200-JST(MLGx) <br><br> **JUDGMENT WITH RESPECT TO PLAINTIFF WECOSIGN, INC. AND DEFENDANTS IFG HOLDINGS, INC., ASSOCIATED CONCENTS GROUP LLC, MICHAEL ADAMS, TED WILLIAMS, MARK AVILA, STAN JONES, AND ROBERT MILLER** |

After consideration of Plaintiff's Application for Default Judgment, the Memorandum of Points and Authorities in support thereof, the Declarations of Frank Jakubaitis, Tara Walker, and John Holcomb, Plaintiff's Response to this Court's Default Judgment Order, and the pleadings, files and records of this matter, the Court Orders as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiff Wecosign, Inc. in the amount of **$347,946**, which amount includes attorneys' fees, treble damages under 15 U.S.C. § 1117(a), and statutory damages under 15 U.S.C. § 1117(d), against Defendants IFG Holdings, Inc., Associated Concents Group LLC,

1  Michael Adams, Ted Williams, Mark Avila, Stan Jones, and Robert Miller (collectively
2  "Defaulting Defendants"), jointly and severally.
3         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defaulting
4  Defendants, and any agents, servants, directors, employees, attorneys, successors, assigns,
5  and officers and all those persons in active concert or participation with any of them are
6  forthwith permanently enjoined from each of the following:
7         (a)    Using the Plaintiff's WECOSIGN Mark ("Plaintiff's Mark") or any mark
8  confusingly similar thereto to promote, offer, render, advertise, or identify any financial
9  services or related goods or services in such a way that would be likely to cause confusion, to
10 cause mistake, or to deceive, or otherwise to create the impression that Defendants' goods or
11 services originate from Plaintiff, are endorsed by Plaintiff, or are connected in any way with
12 Plaintiff;
13        (b)    Otherwise infringing the Plaintiff's Mark;
14        (c)    Registering any domain name or names identical or confusingly similar to
15 Plaintiff's Mark;
16        (d)    Falsely designating the origin of Defendants' services;
17        (e)    Using in commerce any word, term, name, symbol, or device, or any
18 combination thereof, or any false designation of origin, false or misleading description of
19 fact, or false or misleading representation of fact that is likely to cause confusion, to cause
20 mistake, or to deceive regarding the origin, sponsorship, or approval of Defendants' services
21 or falsely to imply a connection or affiliation with Plaintiff or Plaintiff's WECOSIGN
22 services;
23        (f)    Unfairly competing with Plaintiff in any manner whatsoever; and
24        (g)    Causing likelihood of confusion or injuring Plaintiff's business reputation.
25
26 DATED:    February 16, 2012                 <u>JOSEPHINE STATON TUCKER</u>
27                                             Honorable Josephine Staton Tucker
                                               **United States District Judge**
28